IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Michael D. Kale<br><br>**Debtor(s)**<br><br>**Nationstar Mortgage LLC**<br>**Movant**<br>vs.<br><br>**Michael D. Kale**<br>**Debtor(s)**<br><br>**Jack N. Zaharopoulos**,<br>**Trustee** | BK NO. 22-01037 HWV<br><br>Chapter 13<br><br>Related to Claim No. 1-1 |

### CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 5, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Michael D. Kale
16 West Hanover Street
Hanover, PA 17331

Attorney for Debtor(s)
Brent Diefenderfer, CGA Law Firm
135 North George Street
York, PA 17401

Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: October 5, 2022

/s/Brian C. Nicholas Esquire
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com